IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

CASE NO. CR1-05-113(17)
JUDGE EDMUND A. SARGUS, JR.

JANET ALEXANDER,

    **Defendant.**

## ORDER

The Defendant has moved to reduce her sentence, pursuant to 18 U.S.C. § 3582(c)(2), as permitted by Guideline Amendment 750, effective November 1, 2010. The United States and the Defendant, through counsel, have agreed to recommend a sentence of forty-five (45) months.

It is therefore **ORDERED** that the sentence of imprisonment ordered in this case is modified to one of forty-five (45) months.

10-27-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE