IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 1:05-CR-113(17)
JUDGE EDMUND A. SARGUS, JR.

JANET ALEXANDER,

    Defendant.

### ORDER

The previous Order modifying Defendant Janet Alexander's sentence of imprisonment to forty-five (45) months (Doc. 790) is **VACATED**.

**IT IS SO ORDERED.**

October 27, 2011
DATED

/s/ *Edmund A. Sargus, Jr.*
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE